tion of the court's January 23, 2004 order dismissing its appeal for failure to obtain counsel.

Singleton has obtained counsel who has been admitted to the Federal Circuit bar and entered an appearance.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. Singleton's appeal is reinstated, the dismissal order is vacated, and the mandate is recalled.

(2) Singleton's brief is due within 40 days of the date of filing of this order

Henry C. Bunsow, Howrey, Simon, San Francisco, CA, for Plaintiff/Counterclaim Def.

Edward R. Reines, Weil, Gotshal, Redwood Shores, CA, for Defendant/Counterclaimant–Appellee.

## ORDER

The order of dismissal and the mandate dated March 5, 2004 having been issued in error, the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

Appellant's brief is due within 21 days from the date of this order.

ASM AMERICA, INC.,
Plaintiff/Counterclaim
Defendant–Appellant,

and

Arthur Sherman, Plaintiff–Appellant,

and

ASM International, N.V., Counterclaim
Defendant,

v.

GENUS, INC.,
Defendant/Counterclaimant–Appellee.

No. 04–1240.

United States Court of Appeals,
Federal Circuit.

March 17, 2004.

Sharon, O'Grady, Pillsbury Winthrop, San Francisco, CA, for Plaintiff–Appellant.

NCR CORPORATION, Plaintiff–
Appellant,

v.

PALM, INC., Defendant–Appellee,

and

Handspring, Inc., Defendant–Appellee.

No. 04–1093.

United States Court of Appeals,
Federal Circuit.

March 18, 2004.

Darryl M. Woo, Principal Attorney, Fenwick & West, Mountain View, CA, for Defendant–Appellee.